UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joshua Brandon Major**  Docket No. 5:18-CR-152-1D

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joshua Brandon Major, who, upon an earlier plea of guilty to Conspiracy to Distribute a Quantity of a Mixture and Substance Containing N-Benzylpiperazine and Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable T.S. Ellis, III, U.S. District Judge for the Eastern District of Virginia, on July 15, 2011, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On March 8, 2013, the term of imprisonment was reduced to 84 months.

Joshua Brandon Major was released from the Bureau of Prisons to a detainer with the Virginia Department of Corrections on March 2, 2017. On December 27, 2017, he was released from state custody, and the term of supervised release commenced in the Eastern District of Virginia. On February 6, 2018, a modification was signed implementing a psycho-sexual examination, due to prior sex offense convictions. On March 1, 2018, a Petition on Supervised Release was filed advising the defendant tested positive for marijuana, and on March 2, 2018, a Summons was issued. On April 2, 2018, an Addendum to Petition on Supervised Release was filed advising the defendant tested positive for marijuana on two other occasions. On April 6, 2018, a Petition on Supervised Release was filed advising that on April 4, 2018, the defendant tested positive for cocaine and marijuana. On April 19, 2018, the defendant was found to be in violation of the terms and conditions of supervised release, and was continued on supervision with a modification that he complete a 15-day term of imprisonment, participate in inpatient residential substance abuse treatment, and return to his mother's residence, where he will be confined subject to electronic monitoring until he was admitted to an inpatient drug treatment program. On April 25, 2018, a Transfer of Jurisdiction was filed in the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 25, 2018, the defendant was released from the 15-day term of imprisonment, and the term of electronic monitoring commenced in the Eastern District of North Carolina. Since that date, the defendant has complied with the terms and conditions of supervision and electronic monitoring, and has not tested positive for any controlled substances. The defendant has also reported for a substance abuse assessment with Vision Behavioral Services in Louisburg, North Carolina. Because beds in inpatient treatment programs are limited, Vision Behavioral Services has recommended that the defendant participate in intensive outpatient substance abuse counseling, a peer support group, and a medication monitoring program. The defendant has agreed to participate in the treatment plan as recommended by Vision Behavioral Services. He has also agreed to remain on electronic monitoring until completion of the outpatient treatment program.

Joshua Brandon Major
Docket No. 5:18-CR-152-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. In lieu of an inpatient treatment program, the defendant shall participate in an outpatient treatment program and abide by the terms and conditions of the program, as directed by the probation officer.

2. The defendant shall participate in the electronic monitoring program until completion of the outpatient treatment program or as deemed appropriate by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: May 9, 2018

## ORDER OF THE COURT

Considered and ordered this 11 day of May, 2018, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Court Judge